Dismissed and Memorandum Opinion filed August 21, 2003









Dismissed and Memorandum Opinion filed August 21,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00761-CV

____________

 

PETER DANSO, Appellant

 

V.

 

MCGOVERN ALLERGY AND ASTHMA CLINIC, Appellee

 



 

On Appeal from the 215th District
Court

Harris County, Texas

Trial Court Cause No. 
02-38847

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 26, 2003.

On August 13, 2003, appellant filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed August 21, 2003.

Panel consists of Justices Yates,
Hudson, and Fowler.